# In the United States Court of Federal Claims

No. 02-1228C

(Filed: October 16, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| GULF INSURANCE CO. and the MOUNTBATTEN SURETY CO., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**ORDER**

On October 16, 2006, Defendant filed an Unopposed Motion to Stay Proceedings in this case, pending a decision by the United States Court of Appeals for the Federal Circuit in Travelers Indemnity Co. v. United States, 72 Fed. Cl. 56 (2006). The Defendant believes that "based upon very similar facts and presenting all but identical issues, a decision in Travelers may be dispositive of the issues in this consolidated case."

Accordingly, for good cause shown, this case is hereby stayed until fifteen days following the resolution of Travelers, at which time the parties shall inform the Court how they wish to proceed. The parties shall submit a Joint Status Report on or before January 10, 2007, and every 60 days thereafter, advising the Court of the status of the Travelers appeal.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge