IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Gulf Insurance Co. and the Mountbatten Surety Co., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-1228C (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER

To the Clerk:

Please take notice that the telephone number for counsel for the United States has changed. Effective immediately, the new telephone number is: (202) 307-0367.

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0367
Facsimile: (202) 514-7969

October 24, 2006

CERTIFICATE OF FILING

I hereby certify that on this 24th day of October 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald G. Morgan

Eric R. Stanco, Esquire
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

Robert G. Barbour, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102