IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF INSURANCE CO. and THE MOUNTBATTEN SURETY CO., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-1228C (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

FIRST JOINT STATUS REPORT

On October 16, 2006, the United States filed an Unopposed Motion to Stay Proceedings in this case, pending resolution of Travelers Indemnity Co. v. United States, docket number 06-5143, pending before the United States Court of Appeals for the Federal Circuit. On that same date, this Court granted the Government's motion and ordered this case stayed "until fifteen days following the resolution of Travelers." As part of that order, the Court required the parties to submit a Joint Status Report on or before January 10, 2007, and every 60 days thereafter, advising the Court of the status of the Travelers appeal.

Pursuant to that order, the parties report that the United States filed its opening brief in Travelers on November 27, 2006. Traveler's brief to the court of appeals was filed January 9, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Eric R. Stanco
ERIC R. STANCO
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

s/ Robert G. Barbour
ROBERT G. BARBOUR
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102

Attorneys for Plaintiffs

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0367
Fax (202) 514-7969

Attorneys for Defendant.

January 10, 2007

CERTIFICATE OF FILING

I hereby certify that on this 10th day of January, 2007, a copy of the foregoing "FIRST JOINT STATUS REPORT " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald G. Morgan

Eric R. Stanco, Esquire
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

Robert G. Barbour, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102