IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF INSURANCE CO. and | ) | |
| | ) | |
| THE MOUNTBATTEN SURETY CO., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 02-1228C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

SECOND JOINT STATUS REPORT

On October 16, 2006, the United States filed an Unopposed Motion to Stay Proceedings in this case, pending resolution of Travelers Indemnity Co. v. United States, docket number 06-5143, pending before the United States Court of Appeals for the Federal Circuit. On that same date, this Court granted the Government's motion and ordered this case stayed "until fifteen days following the resolution of Travelers." As part of that order, the Court required the parties to submit a Joint Status Report on or before January 10, 2007, and every 60 days thereafter, advising the Court of the status of the Travelers appeal.

Pursuant to that order, the parties report that the United States filed its opening brief in Travelers on November 27, 2006. Traveler's brief to the court of appeals was filed January 9, 2007. The United States filed its reply brief on

January 26, 2007. Oral argument has not yet been calendared.

Additionally, on January 11, 2007, the Surety and Fidelity Association of America filed an amicus curiae brief and motion seeking leave to file the brief. The court of appeals granted the motion on January 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Eric R. Stanco
ERIC R. STANCO
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

s/ Robert G. Barbour
ROBERT G. BARBOUR
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102

Attorneys for Plaintiffs

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0367
Fax (202) 514-7969
Attorneys for Defendant.

March 9, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 9th day of March, 2007, a copy of the foregoing "SECOND JOINT STATUS REPORT " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald G. Morgan

Eric R. Stanco, Esquire
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

Robert G. Barbour, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102