IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF INSURANCE CO. and<br><br>THE MOUNTBATTEN SURETY CO.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 02-1228C<br>(Judge Wheeler) |

THIRD JOINT STATUS REPORT AND
REQUEST FOR MODIFICATION OF STAY

On October 16, 2006, the United States filed an Unopposed Motion to Stay Proceedings in this case, pending resolution of Travelers Indemnity Co. v. United States, docket number 06-5143, pending before the United States Court of Appeals for the Federal Circuit. On that same date, this Court granted the Government's motion and ordered this case stayed "until fifteen days following the resolution of Travelers." As part of that order, the Court required the parties to submit a Joint Status Report on or before January 10, 2007, and every 60 days thereafter, advising the Court of the status of the Travelers appeal.

The United States filed its opening brief in Travelers on November 27, 2006. Traveler's brief to the court of appeals was filed January 9, 2007. The United States filed its reply brief on January 26, 2007.

On January 11, 2007, the Surety and Fidelity Association of America filed an amicus curiae brief and motion seeking leave to file the brief. The court of appeals granted the motion on January 31, 2007.

On April 20, 2007, the United States filed a Consent Motion to Postpone Argument and to Stay Appeal in Travelers. The court of appeals granted that motion on April 24, 2007.

The stay was predicated upon bankruptcy proceedings involving the bonded contractor , M.A.T. Maine, Inc., in In re M.J.H. Leasing, Inc., M.A.T. Marine, Inc., Case nos. 04-18802, 04-19106 (Bankr. E.D. Mass.). On April 17, 2007, the Chapter 7 Trustee for M.A.T. Marine, Travelers, and the United States executed a Stipulation Resolving Claims in the pending bankruptcy. In the event the stipulation is approved by the bankruptcy court, the dispute would be rendered moot upon payment to Travelers through the bankruptcy proceedings.

In its motion to postpone argument and stay the appeal, the United States noted that pending before the court of appeals is National American Insurance Company v. United States, docket no.2007-5016 ("NAICO"), which presents the same issue as that presented in the Travelers appeal. The Government's opening brief in NAICO was filed February 5, 2007; NAICO's brief was filed March 16, 2007; and the Government's reply brief was filed April 2, 2007. On March 23,

2007, The Surety & Fidelity Association of America filed an amicus brief and a motion seeking leave to file the brief. On April 17, 2007, the court of appeals granted the motion. The Joint Appendix was filed April 18, 2007. Argument is yet to be calendared.

Thus, despite the stay in Travelers , and even if Travelers is resolved before being considered by the court of appeals, it appears that the court of appeals will be presented with the opportunity to consider the issue set forth in Travelers, which appears dispositive of the issue before the Court in the instant cases. Therefore, the parties request this Court to continue the current stay pending resolution of Travelers. If the appeal in Travelers is mooted, as a result of the bankruptcy proceedings, the parties request the Court continue the stay in this case until the resolution of NAICO .

The parties will continue to report the status of Travelers, until it is decided or rendered moot by the bankruptcy proceedings. In the event Travelers is mooted by the bankruptcy proceedings, the parties request the stay in this case be modified to reflect a stay of these proceedings "until 15 days following the resolution of National American Insurance Company v. United States."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Eric R. Stanco
ERIC R. STANCO
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

s/ Robert G. Barbour
ROBERT G. BARBOUR
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102

Attorneys for Plaintiffs

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0367
Fax (202) 514-7969

Attorneys for Defendant

May 9, 2007

CERTIFICATE OF FILING

I hereby certify that, on this 9th day of May 2007, a copy of the foregoing "THIRD JOINT STATUS REPORT AND REQUEST FOR MODIFICATION OF STAY " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald G. Morgan

Eric R. Stanco, Esquire
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

Robert G. Barbour, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102