# In the United States Court of Federal Claims

No. 02-1228C
(Filed: May 18, 2007)

| | |
|---|---|
| ***************************************** | * |
| | * |
| GULF INSURANCE CO., | * |
| and | * |
| THE MOUNTBATTEN SURETY, CO., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

MODIFICATION OF STAY ORDER

On May 9, 2007, the parties filed a joint motion requesting a modification to the Court's October 16, 2006 stay of proceedings. The parties seek to amend the Order to include another relevant case pending before the U.S. Court of Appeals for the Federal Circuit, National American Insurance Co. v. United States, Fed. Cir. No. 2007-5016.

For good cause shown, the parties' motion is GRANTED. The stay of proceedings will remain in effect until fifteen days following the resolution of Travelers Indemnity Co. v. United States, 72 Fed. Cl. 56 (2006), or National American Insurance Co. v. United States, 72 Fed. Cl. 451 (2006), whichever occurs first. At that time, the parties shall inform the Court how they wish to proceed. The parties shall continue to submit a Joint Status Report every 60 days, as provided in the October 16, 2006 Order.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge