IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF INSURANCE CO. and<br>THE MOUNTBATTEN SURETY CO.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1228C<br>(Judge Wheeler) |

FIFTH JOINT STATUS REPORT

On October 16, 2006, the United States filed an Unopposed Motion to Stay Proceedings in this case, pending resolution of Travelers Indemnity Co. v. United States, Federal Circuit docket number 06-5143. On that same date, this Court granted the Government's motion and ordered this case stayed "until fifteen days following the resolution of Travelers."

On May 9, 2007, the parties filed a motion seeking modification of the stay in this case. On May 18, 2007, the Court modified the stay. Pursuant to that modification, this case is stayed "until fifteen days following the resolution of Travelers Indemnity Co. v. United States, 72 Fed. Cl. 56 (2006), or National American Insurance Co. v. United States, Fed. Cir. No. 2007-5016." As part of the modification order, the Court required the parties to continue to file joint status report each 60 days.

The parties report that, on August 23, 2007, the United States Court of Appeals for the Federal Circuit affirmed the Court of Federal Claims decision in National American Insurance Company v. United States. The United States is currently evaluating whether to seek review of that decision. If it decides to do so, the United States must seek rehearing by the panel or rehearing en banc within 45 days of the entry of judgment, that is, no later than October 9, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Eric R. Stanco
ERIC R. STANCO
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

s/ Robert G. Barbour
ROBERT G. BARBOUR
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102

Attorneys for Plaintiffs

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0367
Fax (202) 514-7969
Attorneys for Defendant

September 7, 2007

CERTIFICATE OF FILING

I hereby certify that, on this 7th day of September 2007, a copy of the foregoing "FIFTH JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald G. Morgan

Eric R. Stanco, Esquire
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

Robert G. Barbour, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102