# In the United States Court of Federal Claims

No. 02-1228C

(Filed: November 2, 2007)

****************************************** *
*
GULF INSURANCE CO., and *
THE MOUNTBATTEN SURETY, CO., *
*
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On November 2, 2007, the parties filed their Sixth Joint Status Report. With National American Insurance Co. v. United States, Fed. Cir. No. 2007-5016, apparently approaching a final resolution, the Court requests the parties to file a status report on or before December 1, 2007 notifying the Court of the status of National American Insurance Co., and how the parties wish to proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge