IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF INSURANCE CO. and<br>THE MOUNTBATTEN SURETY CO.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 02-1228C<br>(Judge Wheeler) |

SEVENTH JOINT STATUS REPORT

On November 2, 2007, the Court ordered the parties to report , no later than December 1, 2007, on their intended course of action following the court of appeals decision in National American Insurance Company v. United States, Fed. Cir. No. 2007-5016 ("NAICO"). The period for seeking rehearing before the court of appeals in NAICO has expired; as has the period in which to seek a writ of certiorari. Thus, the decision in NAICO is final.

The parties have begun discussing resolution of the separate claims by each of the plaintiffs against the United States. It is the current intent of the parties to resolve these claims without further litigation. While these cases have been consolidated, the claims by each plaintiff are distinct, with different facts and different parties. As such, each of the cases will have to be resolved separately. Because there are separate claims, the process will take additional time to coordinate the proposals within the offices of the plaintiffs and through the

Department of Justice and the separate agencies: the Department of the Air Force, in the case of Mountbatten; and the Army Corps of Engineers, for Gulf Insurance.

In view of the nature of the coordination effort between the parties and the potentially limited availability of some of the participants during the upcoming holiday season, the parties request leave to discuss and attempt to resolve the individual cases over the next 45 days. Further, that, on or before January 16, 2008, the parties will file a joint status report informing the Court of the status of settlement negotiations for each of the cases.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Eric R. Stanco
ERIC R. STANCO
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert G. Barbour
ROBERT G. BARBOUR
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0367
Fax (202) 514-7969

Attorneys for Plaintiffs

Attorneys for Defendant

November 30, 2007

CERTIFICATE OF FILING

I hereby certify that, on this 30th day of November 2007, a copy of the foregoing "SEVENTH JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald G. Morgan

Eric R. Stanco, Esquire
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

Robert G. Barbour, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102