# In the United States Court of Federal Claims

No. 02-1228C

(Filed: December 4, 2007)

****************************************
GULF INSURANCE CO., and THE MOUNTBATTEN SURETY, CO.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
****************************************

ORDER

On November 30, 2007, the parties filed their Seventh Joint Status Report. In light of the recent final resolution of National American Insurance Co. v. United States, Fed. Cir. No. 2007-5016, the Court GRANTS the parties' request for leave to attempt to resolve the separate claims by each of the plaintiffs without litigation. The Court requests the parties to file a joint status report on or before January 16, 2008 notifying the Court of the status of the settlement negotiations, and how the parties wish to proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge