IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF INSURANCE CO. and<br>THE MOUNTBATTEN SURETY CO.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1228C<br>(Judge Wheeler) |

EIGHTH JOINT STATUS REPORT

On November 2, 2007, the Court ordered the parties to report , no later than December 1, 2007, on their intended course of action following the court of appeals decision in National American Insurance Company v. United States, Fed. Cir. No. 2007-5016 ("NAICO"). On November 30, 2007, the parties reported that they intended to discuss settling the litigation. On December 4, 2007, the Court ordered the parties to report the status of those settlement negotiations no later than January 16, 2008. While not yet complete, the parties have discussed settlement of the individual complaints filed by each plaintiff against the United States and that effort continues.

The United States has received a settlement offer from Gulf Insurance, which is currently being considered. Similarly, the United States has received a settlement offer from Mountbatten Surety Company. While Mountbatten's offer is also under consideration, it is in an earlier phase of review than is Gulf's.

If the offers are accepted by the authorized representative of the Attorney General, the parties will enter into stipulations for entry of judgment, one for each plaintiff. Undoubtedly, the negotiation of the content of those stipulations will take time.

In view of the nature of the progress made towards resolution of these complaints and the effort necessary to completely resolve the plaintiffs' complaints, the parties request that they be allowed another 45 days in which to negotiate resolution of these cases. Further, unless the parties sooner file stipulations for the entry of judgment relating to the separate complaints of Mountbatten and Gulf, on or before February 29, 2008, the parties will file a joint status report informing the Court of the status of settlement negotiations for each of the cases.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Eric R. Stanco
ERIC R. STANCO
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

s/ Robert G. Barbour
ROBERT G. BARBOUR
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102

Attorneys for Plaintiffs

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0367
Fax (202) 514-7969

Attorneys for Defendant

January 14, 2008

CERTIFICATE OF FILING

I hereby certify that, on this 14th day of January 2008, a copy of the foregoing "EIGHTH JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald G. Morgan

Eric R. Stanco, Esquire
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

Robert G. Barbour, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102