# In the United States Court of Federal Claims

No. 02-1228C

(Filed: January 15, 2008)

```
****************************************  *
                                          *
GULF INSURANCE CO., and                   *
THE MOUNTBATTEN SURETY, CO.,              *
                                          *
                                          *
                    Plaintiffs,           *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

ORDER

On January 14, 2008, the parties filed their Eighth Joint Status Report. Counsel for the parties request that the Court extend the stay another 45 days to allow them to continue their efforts to resolve the separate claims by each of the plaintiffs without litigation. For good cause shown, the parties' request is GRANTED. The Court requests the parties to file a joint status report on or before February 29, 2008 informing the Court of the status of the settlement negotiations, and how the parties wish to proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge