# In the United States Court of Federal Claims

No. 02-1228C

(Filed: February 19, 2008)

| | |
|---|---|
| ************************************** | * |
| | * |
| GULF INSURANCE CO., and | * |
| THE MOUNTBATTEN SURETY, CO., | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

ORDER FOR ENTRY OF JUDGMENT

The Clerk is requested to enter Judgment for Plaintiffs based upon the parties' January 30, 2008 Stipulation for Entry of Judgment in Favor of Plaintiff Gulf Insurance Company, and the parties' February 15, 2008 Stipulation for Entry of Judgment in Favor of Plaintiff The Mountbatten Surety Company.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge