# In the United States Court of Federal Claims

**No. 02-1228 C (consolidated with 03-626 C)**

**GULF INSURANCE CO., AND THE MOUNTBATTEN SURETY, CO.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed January 30, 2008, in favor of plaintiff, Gulf Insurance Company, and the stipulation for entry of judgment, filed February 15, 2008, in favor of plaintiff, The Mountbatten Surety Company, and the court's February 19, 2008 Order for Entry of Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Gulf Insurance Company shall recover of and from the United States the sum of $56,937.38, payable to The Travelers Indemnity Company, as successor in interest by merger to Gulf Insurance Company ("Travelers"). This amount is inclusive of interest, to be paid into Traveler's account under the name "Travelers Casualty & Surety Company of America." Each party to bear its own costs, attorney fees and expenses.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff, The Mountbatten Surety, Company shall recover of and from the United States the sum of $108,000.00, payable to Zurich American Insurance Company, Mountbatten's successor in interest. This amount is inclusive of all interest, with each party to bear its own costs, fees and expenses.

John S. Buckley
Acting Clerk of Court

**February 19, 2008** By: s/Lisa L. Reyes

Deputy Clerk