United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

February 26, 2008

Eric Robert Stanco, Esq.
Stanco & Associates
126 C Street, NW
Washington, DC 20001

Robert Galen Barbour, Esq.
Watt, Tieder & Hoffar
8405 Greensboro Drive, Suite 100
McLean, VA 22102

In re: Gulf Insurance Co., and The Mountbatten Surety, Co. v. United States, No. 02-1228 C (consolidated with 03-626 C)

Dear Messrs Stanco & Barbour:

I am forwarding the 28 U.S.C. §2517 certified transcript of judgment, dated February 20, 2008, in favor of plaintiffs, to the attention of Mr. Stanco. There is only one certified transcript as theses cases are consolidated.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes
Chief Deputy Clerk of Operations

Enclosures
cc: Ronald George Morgan, Esq., Dept. Of Justice